CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 4 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM MUHAMMAD, | ) | Civil Action No. 7:10cv00395 |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | |
| GENE M. JOHNSON, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

This matter is before the court on plaintiff Malcolm Muhammad's motion for preliminary injunctive relief (Docket No. 10) in which he asks the court to direct the defendants to allow him to attend religious services and to receive a religious newspaper. The court referred the matter to United States Magistrate Judge Michael F. Urbanski, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. After having the defendants respond to Muhammad's motion, the Magistrate Judge filed a report, finding no basis to grant Muhammad's motion and recommending that the court deny his request for preliminary injunctive relief. Neither party filed objections. Having reviewed the Report and Recommendation and pertinent portions of the record, the court agrees with the Magistrate Judge's recommendation.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; and Muhammad's motion for preliminary injunctive relief is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order to the parties

ENTER: This 4th day of February, 2011.

United States District Judge